**Bobbie DOZIER, Appellant,**

v.

**Lori MOSBY; Arkansas Workers Compensation Commission, Administrative Law Judge; Arkansas Public Employee Claims Division; Arkansas Court of Appeals, Appellees.**

**No. 06–1704.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2007.

Filed: April 12, 2007.

Bobbie Dozier, North Little Rock, AR, pro se.

Mark A. Hagemeier, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Bobbie Dozier appeals from the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her civil complaint. Upon de novo review, *see Stringer v. St. James R–1 Sch. Dist.,* 446 F.3d 799, 802 (8th Cir.2006), we agree with the district court's well-reasoned order. The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.